# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT PETERICH,<br><br>Plaintiff,<br><br>vs.<br><br>DR. MCGREE/ST. JAMES HOSPITAL, SGT. LACI WILLIAMS, CAPTAIN MARK JOHNSON, and BUTTE SILVERBOW COUNTY JAIL,<br><br>Defendants. | **CV 15-65-BU-BMM-JCL**<br><br>**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge Jeremiah Lynch entered Findings and Recommendations in this matter on January 25, 2016. (Doc. 31.) Neither party filed objections. When a party makes no objections, the Court need not review de novo the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149–152 (1986). The Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Lynch recommends that the Court grant Defendant Butte-Silver Bow Detention Facility/Center/Jail's Motion to Dismiss. (Doc. 13.) Judge Lynch also

recommends that the Court should deny without prejudice Plaintiff's Motion to Amend. (Doc. 22.) Plaintiff may, however, amend his Complaint within the deadline set by the Court's Scheduling Order to provide additional factual allegations against the County, if he can, in an attempt to meet the policy or custom elements set forth in the Findings and Recommendations. (Doc. 31.)

There exists no clear error in any of the Magistrate's Findings and Recommendations, therefore,

**IT IS HEREBY ORDERED** that Judge Lynch's Findings and Recommendations (Doc. 31) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that

(1) Defendant Butte-Silver Bow Detention Facility/Center/Jail's Motion to Dismiss (Doc. 13) is **GRANTED**; and

(2) Plaintiff's Motion to Amend (Doc. 22) is **DENIED** without prejudice.

DATED this 10th day of February, 2016.

_____
Brian Morris
United States District Court Judge