UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROBERT PETERICH,<br><br>                Plaintiff,<br><br>vs.<br><br>DR. MCGREE, SGT. LACI WILLIAMS, AND CAPTAIN MARK JOHNSON,<br><br>                Defendants. | Case No. CV-15-65-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated this 21st day of June, 2017.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ H.G.
                                      H.G., Deputy Clerk